FILED
CLERK, U.S. DISTRICT COURT
APR 24 2012
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUCORIE SHELTON TRYON,<br><br>Defendant. | Case No. 12-0977M<br><br>**ORDER OF DETENTION**<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and

The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on (1) his lack of bail resources; (2) unverified background; (3) the instant allegations indicate that he is not amenable to supervision; and (4) defendant submitted to detention request.

and/or

1   B.      ( ) The defendant has not met his/her burden of establishing by clear and convincing
2           evidence that he/she is not likely to pose a danger to the safety of any other person or the
3           community if released under 18 U.S.C. § 3142(b) or (c).   This finding is based
4           on:_____
5           _____

6           IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending
7   further revocation proceedings.

9   Dated: ___April 24___, 2012.

                                                            _____
                                                            Fernando M. Olguin
                                                            United States Magistrate Judge